# United States Court of Appeals
## For the First Circuit

No. 24-1988

UNITED STATES OF AMERICA,

Appellee,

v.

RICHARD EVANS,

Defendant, Appellant.

**JUDGMENT**

Entered: July 1, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Richard Evans' convictions for conspiracy to commit wire fraud and wire fraud are affirmed, his convictions for conspiracy to commit federal programs theft and federal programs theft are vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Martin G. Weinberg, Kevin J. Reddington, Michael Francis Pabian, Mark T. Quinlivan, Christine J. Wichers, Donald Campbell Lockhart, Mark Jon Grady, Kunal Pasricha, Richard Evans